IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTOINE SHAWN WILLIAMS,

    *Petitioner*,

v.

ROBERT GILMORE, *et al.*,

    *Respondents*.

CIVIL ACTION
NO. 18-3037

## ORDER

**AND NOW**, this 21st day of March, 2019, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Timothy R. Rice, (ECF No. 7), and Antoine Shawn Williams's objections thereto, (ECF No. 14), it is hereby **ORDERED** that:

1. Williams's objections are **OVERRULED** and Magistrate Judge Rice's Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Williams's Petition for a Writ of *Habeas Corpus*, (ECF No. 1), is **DENIED** and **DISMISSED** with prejudice;

3. No certificate of appealability shall issue[1];

4. Williams's Motion to Compel Discovery, (ECF No. 9), is **DENIED**;

5. Williams's Motion for Appointment of Counsel, (ECF No. 13), is **DENIED** and

6. This case shall be **CLOSED** for statistical purposes.

---

[1] No reasonable jurist would disagree with the Court's disposition of petitioner's claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

1

BY THE COURT:

***/s/ Gerald J. Pappert***

GERALD J. PAPPERT, J.